JS-6

Beoglyan Law Firm
Margarita Natalie Beoglyan, CA Bar No. 290399
655 North Central Avenue, 17th Floor
Glendale, CA 91203
Phone: 818-280-8232
maggie@beoglyanlaw.com
Attorney for Plaintiff
Hermine Eliasyan

THE LAW OFFICE OF ABTIN AMIR, PC
Abtin Amir, CA Bar No. 305091
A.Amir@AbtinAmirLaw.com
4500 Park Granada, Suite 202
Calabasas, CA 91302
Tel No: (818) 336-1324

Attorneys for Defendant,
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINE ELIASYAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendant. | Case No. 2:22-cv-06935-PA-MAA<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE AND FOR COURT TO RETAIN JURISDICTION PURSUANT TO CCP § 664.6**<br><br>Judge:　　Hon. Percy Anderson<br>Date Filed:　September 26, 2022 |

THE LAW OFFICE OF
ABTIN AMIR, PC

STIPULATION REQUESTING THE COURT DISMISS THIS ENTIRE ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION PURSUANT TO CODE OF CIVIL PROCEDURE § 664.6; [PROPOSED] ORDER

Plaintiff Hermine Eliasyan ("Plaintiff") and Defendant BMW of North America, LLC ("Defendant"), and their respective counsel of record (collectively, the "Parties"), hereby stipulate and agree as follows:

1. The Parties have agreed to settle the above-referenced matter and to enter into a Confidential Settlement Agreement and General Release ("Settlement Agreement") memorializing the terms of that settlement.

2. The Parties and their counsel intend for the Settlement Agreement and its terms to remain confidential and to be binding and fully enforceable.

3. The Parties wish for the Court to dismiss this entire action with prejudice pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure, and to retain jurisdiction over the Parties pursuant to California Code of Civil Procedure section 664.6 in order to enforce the terms of the Settlement Agreement should a dispute arise therefrom.

| DATE: 05/23/2023 | PLAINTIFF<br>*Hermine Eliasyan*<br>HERMINE ELIASYAN |
|---|---|
| DATE: 05/24/2023 | COUNSEL FOR PLAINTIFF<br>By: *[signature]*<br>MARGARITA NATALIE BEOGLYAN<br>BEOGLYAN LAW FIRM |
| DATE: 05/25/2023 | DEFENDANT<br>By: *[signature]*<br>ANDREW COLLINSON<br>CORPORATE COUNSEL FOR DEFENDANT<br>BMW OF NORTH AMERICA, LLC |
| DATE: 5/24/2023 | COUNSEL FOR DEFENDANT<br>By: *[signature]*<br>ABTIN AMIR<br>THE LAW OFFICE OF ABTIN AMIR, PC |

THE LAW OFFICE OF ABTIN AMIR, PC

- 2 -

STIPULATION REQUESTING THE COURT DISMISS THIS ENTIRE ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION PURSUANT TO CODE OF CIVIL PROCEDURE § 664.6; [PROPOSED] ORDER

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:

1. The Court dismisses this entire action with prejudice pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure.

Date: June 14, 2023

_____
Percy Anderson
United States District Judge